This is the exhibit marked "**LTK-4**" referred to in the affidavit of **LOW TUCK KWONG** sworn and subscribed before me by Mr. Low Tuck Kwong who was previously known to me or presented to me adequate identification on 6th August, 2015

Before me

IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: S 703/2008
Doc No.: HC/JUD 238/2015
Filed: 10-April-2015 02:21 PM

Between

LOW TUCK KWONG
(NRIC No. S0091147Z)

...Plaintiff(s)

And

SUKAMTO SIA
(NRIC No. S2599073J)

...Defendant(s)

JUDGMENT FOR ASSESSMENT OF DAMAGES

Before:              Justice Belinda Ang Saw Ean in Open Court
Date of Judgment:    31-March-2015

This action having been called on for assessment of damages before the Honourable Justice Belinda Ang Saw Ean on 31 March 2015, in the presence of Counsel for the Plaintiff and the Defendant in person, HAVING RECEIVED INTO EVIDENCE the Affidavit of Evidence-in-Chief of Low Tuck Kwong dated 23 January 2015, the Supplementary Affidavit of Evidence-in-Chief of Low Tuck Kwong dated 17 February 2015, the 2nd Supplementary Affidavit of Evidence-in-Chief of Low Tuck Kwong dated 23 March 2015, the Affidavit of Evidence-in-Chief of Chin Wai Fong dated 23 January 2015, the Affidavit of Evidence-in-Chief of Kelana Izrak Bin Kamid dated 23 January 2015, the Affidavit of Evidence-in-Chief of Andrew Grimmett dated 10 February 2015 and the Affidavit of Evidence-in-Chief of Dini Shanti Purwono dated 10 February 2015, AND UPON HEARING Counsel for the Plaintiff and the Defendant in person, IT IS ADJUDGED THAT the Defendant is to pay the Plaintiff the following:

1.    S$200,000 for general damages and S$80,000 for aggravated damages for the Plaintiff's claim for damages for defamation;

2.    S$132,038,511 as damages for loss of the Plaintiff's opportunity for the Plaintiff's claim for damages for

      malicious falsehood;

3.     Interest at the rate of 5.33% per annum for the sum of S$132,038,511 awarded as damages for malicious falsehood, such interest is to run from 9 November 2013 until the date of payment; and

4.     Costs of the assessment of damages.

*[signature]*

S703/2008:HC/JUD238/2015:S703/2008:HC/JUD238/2015:S703/2008:HC/JUD238/2015

VINCENT HOONG  
REGISTRAR  
SUPREME COURT  
SINGAPORE