This is the exhibit marked "**LTK-31**" referred to in the affidavit of **LOW TUCK KWONG** sworn and subscribed before me by Mr. Low Tuck Kwong who was previously known to me or presented to me adequate identification on 6th August, 2015

Before me



**IMPORTANT NOTES**

1.  This passport is the property of the Singapore Government and may be withdrawn at any time. It should not be mailed or allowed to pass to an unauthorised person. It should be kept in a safe place when not in use.

2.  The possession of this passport does not exempt you from having to comply with the rules and regulations of any country or from having to obtain a visa when required.

3.  If you lose your passport, you must report the loss immediately to Immigration & Checkpoints Authority or to the nearest Singapore mission abroad and to the local police. If you recover possession of your passport after a new one has been issued, you must surrender the recovered passport to Immigration & Checkpoints Authority for cancellation within 14 days. Failure to surrender such a recovered passport is an offence punishable by a fine or imprisonment or both.

4.  When abroad, please register yourself with the nearest Singapore mission so that you may be contacted in the event of an emergency. You are requested to inform the mission prior to your departure from the country.

---

This passport contains a chip and antenna embedded in the data page.
PLEASE HANDLE WITH CARE

---

Signature of bearer

**REPUBLIC OF SINGAPORE**



The President of the Republic of Singapore requests all authorities to allow the Singapore citizen named in this passport to pass without delay or hindrance and, if necessary, to give all assistance and protection.





AMENDMENTS/MODIFICATIONS

OBSERVATIONS





























































