IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOW TUCK KWONG, and <br> GRANITO LIMITED, <br><br>     Plaintiffs, <br><br> v. <br><br> SUKAMATO SIA, <br>   a.k.a. Sukarman Sukamto, <br>   a.k.a. Ser Fuqiang, <br>   a.k.a. Sia Hock Kian, <br><br>     Defendants, <br><br> v. <br><br> PNC Bank, N.A., <br><br>     Party in Interest Holding Assets <br>     Subject to Action. | CIVIL DIVISION <br><br> Case No. _____ |

**EMERGENCY MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Low Tuck Kwong ("Low") and Granito Limited ("Granito"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 65(b), respectfully seek entry on an emergency basis and without notice to defendant Sukamato Sia, a.k.a. Sukarman Sukamto, a.k.a. Ser Fuqiang, a.k.a. Sia Hock Kian ("Sia") of the attached proposed Temporary Restraining Order and/or Preliminary Injunction freezing any funds held in accounts of, or held for the benefit of, defendant Sia, including without limitation the approximately $3,304,831 in a PNC account at account number ██████4957, on the grounds and upon the authorities

set forth in detail in the accompany brief in support of this motion, and based upon the facts and documents contained in the sworn affidavit attached hereto as Exhibit "A" and its accompanying exhibits.

WHEREFORE, Plaintiffs respectfully request that this Court issue the attached proposed Temporary Restraining Order for the reasons and upon the authorities set forth herein and in the affidavit and exhibits accompanying the motion.

                Respectfully submitted,

                THE LAW OFFICES OF
                STEPHEN S. STALLINGS, ESQ.

By: /s/ *Stephen S. Stallings*
       Stephen S. Stallings, Esq.
       PA I.D. No. 205131
       attorney@stevestallingslaw.com
       The Osterling Building
       228 Isabella Street
       Pittsburgh, PA 15212
       t: 412-322-7777
       f: 412-322-7773

       *Attorneys for Plaintiffs,*
       *Low Tuck Kwong and*
       *Granito Limited*