# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOW TUCK KWONG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 15-1028 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| SUKAMATO SIA, ) | |
| *a.k.a.* SUKARMAN SUKAMTO, ) | |
| *a.k.a.* SER FUQIANG, ) | |
| *a.k.a.* SIA HOCK KIAN, ) | |
| ) | |
| Defendants. ) | |

## **TEMPORARY RESTRAINING ORDER**

The Court has considered Low Tuck Kwong and Granito Limited's ("Plaintiffs'") Complaint in this matter (Doc. 1), their Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2), their Brief in support thereof (Doc. 3), the Affidavit of Plaintiff Kwong (Doc. 2, Ex. A), and the Plaintiffs' Counsel's Certification Pursuant to Fed. R. Civ. P. 65(b) (Doc. 3).

Upon consideration of these pleadings, the Court hereby finds that a Temporary Restraining Order should issue under Federal Rule of Civil Procedure 65(b) without prior notice to Defendants because Plaintiffs have demonstrated probable cause to believe the following:

1. There is a likelihood that Plaintiffs will succeed on the merits of their claims as stated in their Complaint, specifically they are likely to prevail in their effort to have this Court recognize under the Pennsylvania Recognition Act the March 31, 2015, High Court of the Republic of Singapore final judgment for monetary damages against Defendant Sukamato Sia, a.k.a. Sukarman Sukamto, a.k.a. Ser Fuqiang, a.k.a. Sia Hock Kain and in favor of plaintiffs in the total amount of $132,318,511 in Singapore

dollars (equating to roughly $95,516,100.88 US dollars) (the "Judgment") and enforce said Judgment;

2. Plaintiffs will suffer immediate, substantial and irreparable injury unless this Order is entered, including the likely dissipation of assets that would otherwise partially satisfy the Judgment against Defendants and in favor of Plaintiffs in the absence of this Order;

3. As to the relief granted below, greater injury will be inflicted upon Plaintiffs and the public by the denial of relief than will be inflicted upon Defendants by the granting of relief, which merely preserves the status quo;

4. The public interests in preventing concealment of assets to avoid valid judgments and comity in recognition of valid foreign judgments will be served by the Order; and

3. The instant Order is being is being issued without notice to Defendants pursuant to Rule 65(b). If Defendants were to receive advance notice of Plaintiffs' intention to obtain a Temporary Restraining Order, Defendants are likely to attempt to dissipate assets that are fairly traceable to their fraudulent scheme, thereby frustrating and diminishing any enforcement of Judgment this Court might enter in the future.

IT IS THEREFORE ORDERED this 7th day of August, 2015 at 12:00 p.m. that Defendants and Party in Interest PNC Bank N.A. ("PNC"), are hereby restrained and enjoined as follows:

1. Any funds and/or assets currently held by Defendant, under any of his above-listed names, by and through PNC, shall be frozen, including without limitation the approximately $3,304,831 in a PNC account at account number ▓▓▓▓4957;

2. PNC shall identify to Plaintiffs and the Court within ten (10) business days all funds held by or on behalf of Defendant under any of his above-listed names, in any PNC bank, branch, or affiliate, by reference to account number, account type

and current balance, and PNC shall cause an immediate freeze of all such funds prohibiting any movement or disbursement of the funds in any way;

3. Plaintiffs shall be permitted to provide PNC with an unredacted bank account number for the account ending in 4957;

IT IS FURTHER ORDERED that this Temporary Restraining Order shall expire on the 14th day August, 2015, and a hearing on Plaintiffs' Motion for Preliminary Injunction is hereby scheduled for **August 14, 2015 at 10:00 a.m.**

IT IS SO ORDERED.

August 7, 2015                               s\Cathy Bissoon_____
                                             Cathy Bissoon
                                             United States District Judge

cc (via ECF email notification):

All Counsel of Record