IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOW TUCK KWONG, and<br>GRANITO LIMITED, | ) | |
| | ) | CIVIL DIVISION |
| Plaintiffs, | ) | |
| | ) | Case No. 2:15-cv-01028-CB |
| v. | ) | |
| | ) | |
| SUKAMATO SIA, | ) | |
| a.k.a. Sukarman Sukamto, | ) | |
| a.k.a. Ser Fuqiang, | ) | |
| a.k.a. Sia Hock Kian, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PNC Bank, N.A., | ) | |
| | ) | |
| Party in Interest Holding Assets<br>Subject to Action. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)A)**

Plaintiffs Low Tuck Kwong ("Low") and Granito Limited ("Granito"), by and through undersigned counsel, respectfully give notice that plaintiffs hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

THE LAW OFFICES OF
STEPHEN S. STALLINGS, ESQ.

By: /s/ *Stephen S. Stallings*
     Stephen S. Stallings, Esq.
     PA I.D. No. 205131
     attorney@stevestallingslaw.com
     The Osterling Building
     228 Isabella Street
     Pittsburgh, PA 15212
     t: 412-322-7777
     f: 412-322-7773

*Attorneys for Plaintiffs,*
*Low Tuck Kwong and*
*Granito Limited*